IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAXINE LAMPERT-SACHER,
FORMER WIFE,

     Appellant,

v.

MARK SACHER, FORMER
HUSBAND,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-985

_____/

Opinion filed November 23, 2016.

An appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

Lawrence J. Marraffino of Lawrence J. Marrafino, P.A., Gainesville and William
Falik of William Falik, P.A., Gainesville, for Appellant.

Mark Sacher, pro se.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.